**PROFETA & EISENSTEIN**
515 West End Avenue
Suite 1A
New York, New York 10024
(212) 577-6500

EMAIL: PE1616@GMAIL.COM

Jethro m. eisenstein
email: jethro19@gmail.com

fred r. profeta, jr                .
email: frp713@gmail.com

June 28, 2026

VIA ECF

Honorable Nusrat J. Choudhury
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

> Re:  Martinez Adauto v. Maldonado, et al.
> 26-CV-3784-NJC

Dear Judge Choudhury:

I am pro bono counsel for Petitioner Fernando Martinez Adauto.  I am writing in response to Respondents' letter dated June 26, 2026 (ECF 8), in which respondents "acknowledge that the facts of this case match the facts of the case *Materan v. Maldonado, Jr.*, 26-cv-3185 (Choudhury, J.)" (*id*. at n.2), but advise the Court that the Petitioner here was detained pursuant to 8 U.S.C. §1226(c)(1)(E), and is therefore subject to mandatory detention.

As respondents' letter further acknowledges, and as the Court will recall, Materan, although identically situated, was detained under 8 U.S.C. §1226(a). No explanation is offered for the disparity in treatment.

In view of the Respondents' assertion that Petitioner here was detained pursuant to 8 U.S.C. §1226(c)(1)(E), and is

Hon. Nusrat J. Choudhury            2            June 28, 2026


therefore subject to mandatory detention, Petitioner here adopts and incorporates by reference the arguments and supporting authority presented by the petitioner in *Wright v. Mullin*, 26-cv-2114 (NJC), ECF 11 and 17, that subjecting Petitioner here to mandatory detention based on unproven criminal allegations, without pre-deprivation notice or any opportunity to be heard, violates his due process rights.

    I reviewed Respondents' letter dated June 28, 2026. The attachment, ECF 9-1, headed "Additional Inquiry Response", shows that a warrant was issued from Nassau District Court on June 9, 2026. I can represent to the Court that this was the date Petitioner was due to appear in Nassau District Court but he was unable to appear because he was in ICE detention.


                    Respectfully,

                    Jethro M. Eisenstein

JME/s
cc:  All counsel of record VIA ECF