**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

July 6, 2026

Honorable Nusrat J. Choudhury
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Martinez Adauto v. Maldonado, et al.*, No. 26-cv-3784 (NJC)

Dear Judge Choudhury:

This Office represents Respondents in the above-referenced action, in which Petitioner Fernando Jefferson Martinez Adauto ("Petitioner") filed a Petition for a writ of habeas corpus on June 25, 2026, challenging his detention by Immigration and Customs Enforcement ("ICE). *See* ECF Dkt. # 1. Respondents respectfully submit this letter on behalf of the parties in response to the Court's Minute Entry dated July 1, 2026 (the "July 1 Entry") directing (1) that the parties "file a joint letter by July 6, 2026 proposing agreed-upon dates for the evidentiary hearing to take place during the week of July 6, 2026," and (2) that Petitioner "must also indicate in the letter whether any of his claims challenge the circumstances related to Petitioner's arrest and therefore whether testimony by any ICE or other law enforcement officers is required."

Petitioner respectfully advises the Court that he is not challenging the circumstances related to his arrest, and therefore does not believe that testimony by any ICE officers beyond those identified in the Court's July 1 Entry is required. In light of the extensive evidentiary record developed in *Andradez Materan v. Maldonado,* 26-cv-03185 (E.D.N.Y.) (NJC), Respondents respectfully submit that a further hearing is not required.

Should the Court deem additional testimony necessary, the parties respectfully request that the Court schedule the evidentiary hearing for July 13, 2026. Although the Court requested that the parties agree on a date during the week of July 6, 2026, counsel for Petitioner and for Respondents have deadlines throughout this week, including on July 8 and 10, 2026, and therefore respectfully request that the Court schedule the hearing for their next available date, which is July 13.

The parties thank the Court for its consideration of this submission and request.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ *Marika M. Lyons*
Marika M. Lyons
Assistant United States Attorney
(631) 715-7822
marika.lyons@usdoj.gov

Cc: Counsel of record by ECF