PROFETA & EISENSTEIN
515 West End Avenue
Suite 1A
New York, New York 10024
(212) 577-6500

EMAIL: PE1616@GMAIL.COM

Jethro m. eisenstein
email: jethro19@gmail.com

fred r. profeta, jr.
email: frp713@gmail.com

July 8, 2026

VIA ECF

Honorable Nusrat J. Choudhury
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: Martinez Adauto v. Maldonado, et al.
26-CV-3784-NJC

Dear Judge Choudhury:

I am pro bono counsel for Petitioner Fernando Martinez Adauto. In compliance with the conditions in the Release Order, I am writing to as moved his residence to [redacted].

Respectfully,

Jethro M. Eisenstein

JME/s
cc: All counsel of record VIA ECF