**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

July 9, 2026

Honorable Nusrat J. Choudhury
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Martinez Adauto v. Maldonado, et al.*, No. 26-cv-3784 (NJC)

Dear Judge Choudhury:

This Office represents Respondents in the above-referenced action, in which Petitioner Fernando Jefferson Martinez Adauto ("Petitioner") filed a Petition for a writ of habeas corpus on June 25, 2026, challenging his detention by Immigration and Customs Enforcement ("ICE). *See* ECF No. 1. Respondents respectfully submit this letter in response to the Court's Order dated July 6, 2026 requiring them to produce the Form I-213 Report of Deportable/Inadmissible Alien relating to Mr. Martinez Adauto. Please find the Form I-213 attached as Exhibit I.

Respondents thank the Court for its consideration of this submission.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ *Marika M. Lyons*
Marika M. Lyons
Assistant United States Attorney
(631) 715-7822
marika.lyons@usdoj.gov

Cc: Counsel of record by ECF